STATE OF CONNECTICUT *v.* JOHN L. LEWIS

It appearing that the state in the above-entitled case has failed to defend the appeal from the Superior Court in the judicial district of Waterbury with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that unless the state files its brief on or before May 30, 1978, the judgment be set aside and the case be remanded with direction to render judgment for the defendant.

*Bradford J. Ward,* assistant state's attorney, for the appellee (state).

*Michael J. Daly,* for the appellant (defendant).

Argued April 4—decided April 4, 1978

STATE OF CONNECTICUT *v.* JOSEPH M. SPATES

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant on or before June 6, 1978, files his brief.

*Donald D. Dakers,* for the appellant (defendant).

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).